# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00248-CV

### In re Lazy W Conservation District

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### MEMORANDUM OPINION

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's Opposed Motion for Emergency Stay is also denied.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: June 9, 2021